UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST GALLEGOS, | 1:07-CV-00257-AWI-SMS-P |
| Plaintiff, | ORDER REGARDING REQUEST FOR CLARIFICATION |
| v. | (Doc. 6) |
| NORTH KERN COUNTY STATE PRISON, et al., | |
| Defendants. | |

Plaintiff Ernest Gallegos ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The action was filed on January 29, 2007, at the United States District Court for the Central District of California, and subsequently transferred to the Eastern District of California on February 2, 2007.

On April 23, 2007, Plaintiff filed a request for clarification. In the request, Plaintiff refers to an order in which the Court responded to an appended writ. The Court has reviewed the docket in this case and is unable to ascertain what event Plaintiff is referring to. The Court cannot respond to Plaintiff's request for clarification because the Court cannot determine which order Plaintiff refers to.[1]

Based on the foregoing, Plaintiff's request for clarification is hereby deemed RESOLVED.

IT IS SO ORDERED.

**Dated:   May 3, 2007**              /s/ Sandra M. Snyder
                                UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes for the record that the only two orders to date in this action were issued by the United States District Court for the Central District of California, before the action was transferred to the Eastern District: (1) order of January 29, 2007, granting to Plaintiff leave to proceed without prepayment of filing fee, and (2) order of February 2, 2007, transferring the action to the Eastern District.