1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11  ERNEST GALLEGOS,                              1:07-cv-00257-AWI-SMS-PC

12              Plaintiff,                        ORDER FINDING SERVICE OF
                                                  COMPLAINT APPROPRIATE, AND
13      v.                                        FORWARDING SERVICE DOCUMENTS
                                                  TO PLAINTIFF FOR COMPLETION AND
14  NORTH KERN COUNTY STATE PRISON,              RETURN WITHIN THIRTY DAYS
    et al.,
15                                                (Doc. 18.)
              Defendants.
16
17  _____/

18      Plaintiff Ernest Gallegos ("Plaintiff") is a state prisoner proceeding pro se and in forma

19  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On January 29, 2007, Plaintiff filed

20  the complaint commencing this action at the United States District Court for the Central District of

21  California.  On February 2, 2007, the case was transferred to the Eastern District of California and

22  received by this court on February 16, 2007. (Doc. 1.)  On November 5, 2008, the Court issued an

23  order requiring Plaintiff to either file an amended complaint or notify the court of his willingness to

24  proceed only on the claims found cognizable by the Court.  (Doc. 13.)  On December 1, 2008,

25  Plaintiff filed an amended complaint.  (Doc. 14.)  On January 29, 2009, the Court dismissed

26  Plaintiff's amended complaint for failure to state a claim, with leave to amend.  (Doc. 17.)  On

27  March 6, 2009, Plaintiff filed a second amended complaint.  (Doc. 18.)  The Court screened the

28  second amended complaint pursuant to 28 U.S.C. 1915A and found it states cognizable claims for

relief against defendants Correctional Officer ("C/O") S. Singleton and C/O A. Bicknell, for excessive force in violation of the Eighth Amendment.  On December 22, 2009, the Court issued an order requiring Plaintiff to either file a third amended complaint or notify the Court of his willingness to proceed only on the claims found cognizable by the Court in the second amended complaint.  (Doc. 19.)  On January 8, 2010, Plaintiff filed written notice to the Court that he is willing to proceed only on the claims found cognizable by the Court.  (Doc. 20.)[1]  Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008).  Accordingly, it is HEREBY ORDERED that:

1.      Service is appropriate for the following defendants:

        C/O S. SINGLETON

        C/O A. BICKNELL

2.      The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint filed March 6, 2009.  (Doc. 18.)

3.      Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

a.      Completed summons;

b.      One completed USM-285 form for each defendant listed above; and

c.      Three (3) copies of the endorsed second amended complaint filed March 6, 2009.

4.      Plaintiff need not attempt service on Defendants and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

---

[1] In a Findings and Recommendations issued concurrently with this order, the Court recommended the dismissal of defendants MTA R. Palomino, Sergeant G. Becerra, C/O S. Pryor, and the Warden of North Kern State Prison from this action, for Plaintiff's failure to state any claim against these defendants under § 1983.

5.    <u>The failure to comply with this order will result in a recommendation that this action</u>

<u>be dismissed</u>.

IT IS SO ORDERED.

**Dated:    January 11, 2010**            <u>         /s/ Sandra M. Snyder         </u>
                                         UNITED STATES MAGISTRATE JUDGE