# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST GALLEGOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NORTH KERN COUNTY<br>STATE PRISON, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:07-cv-00257-AWI-SMS PC<br><br>ORDER REQUIRING DEFENDANTS TO RE-SERVE MOTION TO DISMISS AND FILE AMENDED CERTIFICATE OF SERVICE WITHIN TEN DAYS<br><br>(Doc. 29)<br><br>ORDER REQUIRING PLAINTIFF TO FILE A RESPONSE TO MOTION TO DISMISS WITHIN THIRTY DAYS OF SERVICE |

　　　Plaintiff Ernest Gallegos, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 16, 2007. Defendants Bicknell and Singleton filed a motion to dismiss on April 27, 2010. Plaintiff did not respond. Local Rule 230(l). However, Plaintiff filed a notice of change of address on May 27, 2010, stating that he was released from prison on April 15, 2010, making it likely he did not receive the motion. Accordingly, it is HEREBY ORDERED that:

　　　1.　　Defendants shall re-serve their motion to dismiss on Plaintiff at his new address of record within **ten (10) days** from the date of service of this order;

　　　2.　　Plaintiff is required to file an opposition or a statement of non-opposition to Defendants' motion within **thirty (30) days** from the date of re-service; and

///

///

3. The failure to file a response to Defendants' motion will result in dismissal of this action, with prejudice, for failure to prosecute.

IT IS SO ORDERED.

**Dated:   July 13, 2010**              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE